NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

Peter C. Nwogu moves for leave to accept his non-conforming reply brief as filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The reply brief is accepted for filing.

FOR THE COURT

DEC 0 6 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Yaw Akuoko, Esq.
     David F. D'Alessandris, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

DEC 0 6 2011

**JAN HORBALY**
**CLERK**